## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:06CR116 |
| vs. | ) | |
| | ) | ORDER |
| DALE GILES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Stipulation [84] between the United States of America and defendant, Dale Giles, for the sale of a 2005 Dodge Magnum.  Upon review of the matter,

**IT IS ORDERED** that the Stipulation [84] is approved and granted, as follows:

1. The 2005 Dodge Magnum, VIN 2D4GZ58295H623338, registered to Lamont Giles and mentioned in Count VII of the Second Superceding Indictment [30], shall be sold by the United States Marshal for the District of Nebraska ("Marshal") as soon as possible and in a commercially reasonable manner.

2. The Marshal shall structure the terms of the sale of this vehicle so any valid liens will be paid from the proceeds of the sale.

3. The Marshal is entitled to reimburse his office for the expenses it incurred in bringing the vehicle to sale, including a reasonable sales commission to the seller.

4. Any proceeds the Marshal obtains from the sale of this vehicle, after payment of any valid lien and the expenses his office incurred in conducting the sale, shall be held by the Marshal until further order of this court.

5. The Clerk shall deliver a certified copy of this Order to the United States Marshal for the District of Nebraska.

**DATED July 27, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**