# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR116 |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| EVEREADA KOURIS and DALE GILES, | ) | |
| Defendants. | ) | |

This matter is before the Court on the motions to extend time to object to the Magistrate Judge's Report and Recommendation filed by the Defendants Evereada Kouris and Dale Giles (Filing Nos. 221, 222). The motion filed by Dale Giles is unopposed. (Filing No. 222.)

IT IS ORDERED:

1. The motion to extend time to object to the Magistrate Judge's Report and Recommendation filed by the Defendant, Evereada Kouris (Filing No. 221) is granted;

2. The motion to extend time to object to the Magistrate Judge's Report and Recommendation filed by the Defendant, Dale Giles (Filing No. 222) is granted; and

3. The Defendants, Evereada Kouris and Dale Giles, shall file any objections to the Magistrate Judge's Report and Recommendation on or before December 18, 2006.

DATED this 29th day of November, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge