IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR116** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DALE GILES,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Motion to Withdraw submitted by Steven Lefler, counsel retained by the Defendant, Dale Giles (Filing No. 325). Generally, Mr. Lefler notes that he plans to take a sabbatical from the practice of law for one year beginning approximately June 1, 2007.

The reasons supporting counsel's Motion to Withdraw are set forth in the motion, and were explained by counsel to the Court in more detail at the Rule 17.1 conference held on February 12, 2007. The trial in this matter is scheduled to begin on May 1, 2007, and is expected to continue for five weeks. If the trial is not completed before the end of May, then it likely will not encroach by more than a few days on Mr. Lefler's planned sabbatical. The Court concludes that the interests of justice will not be served by the granting of the Motion to Withdraw. Accordingly,

IT IS ORDERED that the Motion to Withdraw submitted by Steven Lefler, counsel retained by Defendant Dale Giles (Filing No. 325) is denied.

DATED this 16th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge