IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR116** |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER** |
| **DALE GILES,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the motion to withdraw filed by Steven Lefler, counsel retained by the Defendant, Dale Giles, on behalf of Mr. Giles (Filing No. 328) and the Defendant's motion to appoint counsel (Filing No. 329).

The motion to appoint counsel is not accompanied by a poverty affidavit. The motion will be denied without prejudice to reconsideration once it is filed together with a poverty affidavit.

IT IS ORDERED:

1. The Defendant's motion to withdraw (Filing No. 328) is denied; and

2. The Defendant's motion to appoint counsel (Filing No. 329) is denied without prejudice to reassertion with a poverty affidavit.

DATED this 20th day of February, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge