IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:06CR116** |
| vs. | ) | |
| | ) | **ORDER** |
| **DALE GILES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

    This matter is before the court on amended motion of Steve Lefler for leave to withdraw as retained counsel for defendant, Dale Giles [351] and to appoint substitute counsel pursuant to the Criminal Justice Act.  Defendant has filed a waiver of speedy trial [360] and a poverty affidavit [333].

    The court finds that defendant Giles is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED**:

1. Defendant's Motion [351] is granted as follows:

    a. Steven J. Lefler is given leave to withdraw as retained counsel.

    b. Mark A. Weber is hereby appointed to represent the above-named defendant pursuant to 18 U.S.C. §3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

    c. To facilitate this appointment, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20).

    d. The Clerk shall provide a copy of this order to the Federal Public Defender and to Mark A. Weber.

2. Mr. Lefler's motion for appointment as CJA counsel [332] is denied as moot.

**DATED March 20, 2007.**

                                            **BY THE COURT:**

                                            **s/ F.A. Gossett**
                                            **United States Magistrate Judge**