IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR116 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| DALE GILES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's Request to File Under Seal (Filing No. 530).

IT IS ORDERED:

1. The Defendant's Request to File Under Seal (Filing No. 530) is granted; and

2. The motion and attachments (Filing No. 531) shall be sealed.

DATED this 2nd day of October, 2007.

BY THE COURT:


s/Laurie Smith Camp
United States District Judge