IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR116 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DALE GILES, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to file applications for writs of habeas corpus ad testificandum under seal (Filing No. 552).

IT IS ORDERED:

1. The Defendant's motion to file applications for writs of habeas corpus ad testificandum under seal (Filing No. 552) is granted; and

2. Applications for writs of habeas corpus ad testificandum under seal (Filing No. 552) filed by the Defendant, Dale Giles, shall be filed under seal.

DATED this 23rd day of October, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge