IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:06CR116 |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) | ORDER |
| **DALE GILES,** | ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for judgment of acquittal and motion for new trial (Filing No. 581).

After careful consideration,

IT IS ORDERED that the Defendant's motion for judgment of acquittal and motion for new trial (Filing No. 581) is denied.

DATED this 1st day of November, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge