IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:06CR116** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DALE GILES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This motion is before the Court on the Defendant's motion for an extension of time to respond to the government's Answer (Filing No. 830).

IT IS ORDERED:

1. The Defendant's motion for an extension of time to answer (Filing No. 830) is granted;

2. The Defendant must respond to the government's Answer on or before September 15, 2011; and

3. The Clerk is directed to mail a copy of this order to the Defendant at his last known address.

DATED this 15th day of August, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge