# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>DALE GILES, )<br>)<br>Defendant. ) | CASE NO. 8:06CR116<br><br><br><br>ORDER |

This matter is before the Court on its own motion. The U.S. Bureau of Prisons erred in calculating an amount sent as partial payment of the Defendant's special assessment. Once the payment from the Bureau of Prisons is processed and the Court receives the payment,

IT IS ORDERED that the Clerk refund the Defendant $351.40 by refunding that amount to his trust account with the U.S. Bureau of Prisons.

DATED this 16th day of March, 2012.

BY THE COURT:

S/Laurie Smith Camp
Chief United States District Judge