**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR116 |
| Plaintiff, | ) | |
| | ) | JUDGMENT |
| vs. | ) | |
| DALE GILES, | ) | |
| Defendant. | ) | |

For the reasons discussed in the Court's Memorandum and Order of this date,

IT IS ORDERED:

1. The Defendant Dale L. Giles's Motion for Relief from the Final Judgment Order Denying 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct Sentence, ECF No. 980, construed as Motion pursuant to 28 U.S.C. § 2255, is denied;

2. The Defendant Dale L. Giles's Motion for a Definite Statement of the Court In Re: Status of Motion for Relief from Judgment, ECF No. 981, is denied; and

3. The Clerk is directed to mail a copy of this Judgment to the Defendant at his last known address.

DATED this 29th day of November, 2017.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge