# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>DALE L. GILES,<br><br>　　　　　　　　Defendant. | 8:06CR116<br><br>ORDER |

This matter is before the Court on the Defendant's letter to the Clerk of the Court, dated June 24, 2020, and filed as a Motion to Reissue Amended Judgment, ECF No. 1022.

IT IS ORDERED:

1. The Defendant's letter to the Clerk of the Court, dated June 24, 2020, and filed as a Motion to Reissue Amended Judgment, ECF No. 1022, is granted;

2. The Clerk will mail a copy of the Amended Judgment, ECF No. 841, to the Warden of F.C.I. Oxford, P.O. Box 1000, Oxford WI 53952; and

3. The Clerk will mail a copy of this Order to the Defendant at his last known address.

Dated this 6th day of July 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge