**RECEIVED**

OCT 22 2021

CLERK
U.S. DISTRICT COURT

10/16/21

United States District Court
Office of the Clerk
Roman L Hruska U.S. Courthouse
111 South 18th Plaza, Suite 1152
Omaha, NE 68102

To whom it may concern,
or the preceding Judge after Smith Camp,
in which I send my condolences.
I'm writing because this is the second letter
I've written pertaining to Count 7 of my sentence.
In or on November 10, 2011 Count 7 was dismissed
on motion of government under Rules of Criminal
procedure 48(a) and a New Judgement was forwarded
where Count 7 was dismissed.
As I've spoken and continue to recieve a
Sentence Computation Sheet, Count 7 is still
attributable to my sentence.
Judge Smith Camp ordered the correction in
the previous letter in 2020, but that is a detail
that is corrected by the U.S. Marshall Service
& Grand Prairie by the recommendation of the
Judge to my knowledge.
Can someone please, correct this in-Justice

(Dkt. #841)

of the imposition of my sentence please. I've enclosed a computation sheet to show the infraction has not been corrected.

Thank You
Mr. Dale Coxles

REGNO..: 14443-047 NAME: GILES, DALE

```
------------------------CURRENT OBLIGATION NO: 020 ------------------------
OFFENSE CODE.....:  136     18:922(G) FIREARMS,GUN CNTL
OFF/CHG: 18:922(G)(1) FELON IN POSSESSION OF A FIREARM. (CTS 3, 5, 8)

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   120 MONTHS
  TERM OF SUPERVISION.............:     2 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER.....: CC TO 010
  DATE OF OFFENSE.................: 04-04-2006

------------------------CURRENT OBLIGATION NO: 030 ------------------------
OFFENSE CODE.....:  130     18:924(C) FIREARMS LAWS        FSA INELIGIBLE
OFF/CHG: 18:924(C)(1)(A) & (C)(I) & 18:2 USE OF A FIREARM
        DURING A DRUG TRAFFICKING CRIME. (CTS 2, 4, 7)

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:   600 MONTHS
  TERM OF SUPERVISION.............:     3 YEARS
  RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER.....: CS TO ALL OTHERS
  DATE OF OFFENSE.................: 04-04-2006

------------------------CURRENT COMPUTATION NO: 020 ------------------------

COMPUTATION 020 WAS LAST UPDATED ON 11-26-2008 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 10-06-2009 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 020: 020 010, 020 020, 020 030
```

G0002        MORE PAGES TO FOLLOW . . .

```
REGNO..: 14443-047 NAME: GILES, DALE


DATE COMPUTATION BEGAN..........: 01-28-2008
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............: LIFE
TOTAL TERM IN EFFECT CONVERTED..: LIFE
AGGREGATED TERM OF SUPERVISION..:    10 YEARS
EARLIEST DATE OF OFFENSE........: 04-04-2006

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    05-22-2005   05-23-2005
                                    04-04-2006   01-27-2008

TOTAL PRIOR CREDIT TIME.........: 666
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 0
TOTAL GCT EARNED................: 0
STATUTORY RELEASE DATE PROJECTED: N/A
ELDERLY OFFENDER TWO THIRDS DATE: N/A
EXPIRATION FULL TERM DATE.......: LIFE

PROJECTED SATISFACTION DATE.....: N/A
PROJECTED SATISFACTION METHOD...: LIFE




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

```
   OXFBL   540*23 *        SENTENCE MONITORING           *   08-27-2020
   PAGE 001        *         COMPUTATION DATA            *   14:36:40
                             AS OF 08-27-2020

REGNO..: 14443-047 NAME: GILES, DALE


FBI NO............: 256076VA1        DATE OF BIRTH: 10-15-1975  AGE: 44
ARS1..............: OXF/A-DES
UNIT..............: WISC WEST        QUARTERS.....: Z03-136LAD
DETAINERS.........: NO               NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:   LIFE


---------------------CURRENT JUDGMENT/WARRANT NO: 020 ----------------------

COURT OF JURISDICTION...........: NEBRASKA
DOCKET NUMBER...................: 8:06CR116-001
JUDGE...........................: SMITH CAMP
DATE SENTENCED/PROBATION IMPOSED: 01-28-2008
DATE COMMITTED..................: 06-11-2008
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:  $800.00         $00.00           $00.00        $00.00

RESTITUTION...:  PROPERTY: NO    SERVICES: NO        AMOUNT: $00.00

------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  391    21:846 SEC 841-851 ATTEMPT
OFF/CHG: 21:846 CONSPIRACY TO POSSESS WITD MARIJUANA (CT 1)
         21:841(A)(1) & (B)(1)(VIII) POSSESS. WITD MARIJUANA (CT 6)

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.: LIFE
 TERM OF SUPERVISION............:     10 YEARS
 DATE OF OFFENSE................: 06-20-2006




G0002         MORE PAGES TO FOLLOW . . .
```

RECEIVED OCT 22 2021 CLERK U.S. DISTRICT COURT

Mr. Jake L. Giles 14443-047  E6-709
Federal Correctional Institution - Jesup  JACKSONVILLE FL 320
2680 HWY 301 South  18 OCT 2021 PM 4 L
Jesup, GA 31599

RECEIVED
OCT 22 2021
CLERK
U.S. DISTRICT COURT

58102-132277

United States D.
Judge Laurie -
Chambers
Roman L. Hruska U
111 South 18th Plaza
Omaha, Neb.