IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>vs.<br><br>DALE GILES,<br><br>              Defendant. | **8:06CR116**<br><br>**ORDER** |

      This matter is before the court on the motion of Attorney James R. Kozel to withdraw as counsel for the defendant, Dale Giles. (Filing No. 1045). James R. Kozel's motion to withdraw (Filing No. 1045) is granted.

      John J. Ekeh, 1412 Harney Street, Omaha, NE 68102, (402) 345-7562, is appointed to represent Dale Giles for the balance of these proceedings pursuant to the Criminal Justice Act. James R. Kozel shall forthwith provide John J. Ekeh with the discovery materials provided the defendant by the government and such other materials obtained by James R. Kozel which are material to Dale Giles' defense.

      The clerk shall provide a copy of this order to John J. Ekeh and the defendant.

      **IT IS SO ORDERED.**

      Dated this 28th day of June, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge